**DISMISS; and Opinion Filed July 10, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00072-CV

**GRAHAM-RUTLEDGE & COMPANY, INC., Appellant**
**V.**
**BAILEY'S FURNITURE, INC., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02523-J**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Fillmore

Both the filing fee and the clerk's record in this case are overdue. By postcard dated January 20, 2015, we notified appellant the $195 filing fee was due. We directed appellant to remit the fee within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. By letter dated March 26, 2015, we informed appellant that we had been notified by the Dallas County District Clerk that the clerk's record in this case had been prepared but had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide the Court with written verification that it had paid for or made arrangements to pay for the clerk's record within ten days. We cautioned appellant that if we did not receive the required verification, we might dismiss the appeal without further notice. To date, appellant has not paid the filing fee, provided

the required verification, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150072F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GRAHAM-RUTLEDGE & COMPANY, INC., Appellant

No. 05-15-00072-CV       V.

BAILEY'S FURNITURE, INC., Appellee

On Appeal from the 191st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-11-02523-J.
Opinion delivered by Justice Fillmore.
Justices Myers and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee BAILEY'S FURNITURE, INC. recover its costs of this appeal from appellant GRAHAM-RUTLEDGE & COMPANY, INC.

Judgment entered this 10th day of July, 2015.